IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO SAMUEL ARCHER, | No. MISC S-07-0134-LEW-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, who is proceeding pro se, brings this action under 28 U.S.C. § 1446 for removal of a state court action to the United States District Court. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 4).[1] Plaintiff's complaint will be addressed separately.

   Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a) . Accordingly, the request to proceed in forma pauperis will be granted.

---

[1] Plaintiff's filing is actually a request to sign an order granting an application to proceed in forma pauperis. The court will construe this as a request, and will take judicial notice of his actual application in his other cases filed in this court, specifically document 2 in case number CIV S-08-0157 LEW JFM P. See United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) ("a court may take judicial notice of its own records in other cases").

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2  proceed in forma pauperis is granted.
3
4  DATED: March 31, 2008
5  _____
   **CRAIG M. KELLISON**
6  UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26