IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO SAMUEL ARCHER, | No. 2:07-mc-0134-JAM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding pro se and in forma pauperis, brings this action under 28 U.S.C. § 1446 for removal of a state court action to the United States District Court.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On April 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

      Although it appears from the file that the findings and recommendations were returned, the parties were properly served.  It is the responsibility of the parties to keep the court apprised of their address of record at all times.  Pursuant to Local Rule 83-182(d), service of

1  documents at the record address of the party is fully effective.
2      The court has reviewed the file and finds the findings and recommendations to be
3  supported by the record and by the magistrate judge's analysis.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1.    The findings and recommendations filed April 7, 2008, are adopted in full;
6      2.    Plaintiff's request for an order of removal pursuant to 28 U.S.C. § 1446 is
7  denied;
8      3.    This action is dismissed for lack of jurisdiction; and
9      4.    The Clerk of the Court is directed to enter judgment and close this file.

11  DATED: May 5, 2008

13      /s/ John A. Mendez
14      Hon. John A. Mendez
15      U.S. District Judge